Same case below, 618 F.3d 411.

**No. 10-820. Marissa Schain, et al., Petitioners v. Benno C. Schmidt, et al.**

562 U.S. 1220, 131 S. Ct. 1503, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1380.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 396 Fed. Appx. 713.

**No. 10-823. Shawn R. Weneta, Petitioner v. Ed Wright, Warden.**

562 U.S. 1220, 131 S. Ct. 1504, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1371.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-824. Phillip S. Woodruff, Petitioner v. Susan T. Grundmann, Chairman, Merit Systems Protection Board.**

562 U.S. 1220, 131 S. Ct. 1504, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1449.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 383 Fed. Appx. 5.

**No. 10-829. Steven I., et al., Petitioners v. Central Bucks School District.**

562 U.S. 1220, 131 S. Ct. 1507, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1405.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-831. Nelson Gaitan-Ayala, Petitioner v. United States.**

562 U.S. 1221, 131 S. Ct. 1507, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1457.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 454 Fed. Appx. 538.

**No. 10-837. Kenneth L. Smith, Petitioner v. Stephen H. Anderson, et al.**

562 U.S. 1221, 131 S. Ct. 1511, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1311.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 789.

**No. 10-839. Claudia Seger-Thomschitz, Petitioner v. Sarah B. Dunbar.**

562 U.S. 1221, 131 S. Ct. 1511, 179 L. Ed. 2d 307, 2011 U.S. LEXIS 1464.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 615 F.3d 574.